FILED
May 27, 2014
CLERK US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:14-CR-00153-GEB |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| BRIAN M. KAPS, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  BRIAN M. KAPS , Case No.  2:14-CR-00153-GEB , Charge  18 USC § 1343 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　＿　Release on Personal Recognizance

　　✔　Bail Posted in the Sum of $25,000.00

　　　　✔　Unsecured Appearance Bond

　　　　＿　Appearance Bond with 10% Deposit

　　　　＿　Appearance Bond with Surety

　　　　＿　Corporate Surety Bail Bond

　　　　✔　(Other)　　Pretrial conditions as stated on the record.

Issued at  Sacramento, CA  on  May 27, 2014  at  2:39 p.m.

By  _____
Dale A. Drozd
United States Magistrate Judge