BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-153-GEB |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] PROTECTIVE ORDER |
| v. | |
| BRIAN M. KAPS, | |
| Defendant. | |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney MATTHEW MORRIS, and defendant BRIAN M. KAPS by and through his attorney MARK REICHEL, hereby stipulate as follows:

1.  Portions of the discovery in this case are expected to contain personal identifying information of witnesses, including but not limited to names, dates of birth, social security numbers, and addresses (hereinafter "Protected Information").

2. In the absence of a protective order, numerous redactions would be necessary to avoid the unauthorized disclosure or dissemination of Protected Information to individuals not party to the court proceedings in this matter.

3. By this stipulation, the parties jointly request that the Court issue a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure and its general supervisory authority.

4. The Protective Order applies to all discovery containing Protected Information. Discovery

STIPULATION AND PROPOSED PROTECTIVE ORDER           1

1   that does not contain Protected Information is not subject to the Protective Order.

2        5.  **Defense Counsel, defense counsel(s) staff, investigator(s), and expert(s)**: Discovery
3   containing Protected Information may be shared, copied and viewed by members of the defense team
4   listed above only as necessary for the preparation of the defense in this case.  This includes the
5   defendant's counsel as well as any staff, investigator, or expert hired by either counsel.  Discovery
6   containing Protected Information shall not be disseminated to any other person except by further order
7   of the Court.  The terms "staff," "investigator," and "expert" shall not be construed to describe any
8   defendant or other person not: (1) regularly employed by counsel, or (2) licensed as an investigator, or
9   (3) retained as an expert.

10        6.  **Defendant**:  The defendant may review items containing un-redacted Protected Information
11   in the presence of defense counsel (criminal or civil), defense counsel(s) staff, investigator(s), or
12   expert(s).  Those persons who have access to un-redacted Protected Information shall not give a copy of
13   the un-redacted Protected Information to the defendant without further order of the Court.

14        7.  **Others:**  Neither the defendant, defense counsel, or defense counsel's staff, investigator(s),
15   and expert(s) shall give documents that contain Protected Information (or copies of such documents) to
16   any person, or otherwise transmit Protected Information to any person without providing a copy.  Copies
17   of documents in which all Protected Information has been redacted may be given to other parties without
18   further order of the Court.

19        8.  **Court Filings:** Parties will redact Protected Information from any Court filings and refrain
20   from otherwise placing Protected Information in the public record.  If necessary to file Protected
21   Information in Court filings, parties will either redact Protected Information from public filings or seek
22   leave of the Court to file materials containing that information under seal, if redaction would frustrate
23   the purposes of making the filing.

24   \\\
25   \\\
26   \\\
27   \\\
28   \\\

STIPULATION AND PROPOSED PROTECTIVE ORDER    2

9. Nothing in this stipulation will be construed to prevent defense counsel, counsel's staff, investigator(s), or expert(s) a reasonable opportunity to prepare.

**IT IS SO STIPULATED**.

Dated: July 3, 2014                                         BENJAMIN B. WAGNER
                                                            United States Attorney

                                                    By:  /s/ MATTHEW G. MORRIS
                                                         MATTHEW G. MORRIS
                                                         Assistant United States Attorney

Dated: July 3, 2014                                 By:  /s/ Mark Reichel (auth. by email 5/28/14)
                                                         MARK REICHEL
                                                         Attorney for Brian M. Kaps

**IT IS SO ORDERED**.

Dated: July 3, 2014

HON. ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND PROPOSED PROTECTIVE ORDER            3