MARK J. REICHEL, State Bar #155034
REICHEL & PLESSER L.L.P.
455 CAPITOL MALL, 8th FLOOR, Suite 802
Sacramento, California 95814
Telephone: (916) 498-9258

mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
BRIAN KAPS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 14-153 GEB |
| Plaintiff, | **STIPULATION; ORDER THEREON** |
| v. | Date: August 15, 2014<br>Time: 9:00 a.m.<br>Judge: HONORABLE GARLAND E. BURRELL JR. |
| BRIAN KAPS | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MATTHEW G. MORRIS, Assistant United States Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney for defendant KAPS, that the present date for the status hearing be re calendared for August 15, 2014 at 9:00 a.m. as defense counsel Reichel needs the additional time to review discovery, to meet and confer with his client and opposing counsel, and to factually investigate issues related to the case which effect and bear upon the status conference currently set. Accordingly, all

Stip

counsel and defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through August 15, 2014 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(7)(B)(iv) and Local Code T4.

It is so stipulated.

Dated: July 31, 2014

                    MARK J. REICHEL, ESQ.
                    /s/ Mark J. Reichel
                    Attorney for Defendant

                    BENJAMIN B. WAGNER
                    UNITED STATES ATTORNEY

                    /s/ Matthew G. Morris
                    MATTHEW G. MORRIS
                    Assistant U.S. Attorney
                    Attorney for Plaintiff

IT IS SO ORDERED.  For the reasons set forth above, the court finds that there is GOOD CAUSE for the continuance and the exclusion of time, and that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is excluded pursuant to 18 U.S.C. Section 3161(h)(7)(B)(iv) and Local Code T4.

          IT IS SO ORDERED.

Dated:  July 31, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

Stip        3