BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-153-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING CONTINUANCE; ORDER |
| v. | DATE: September 3, 2015 |
| BRIAN M. KAPS, | TIME: 9:30 a.m. |
| | COURT: Hon. Troy L. Nunley |
| Defendant. | RELATED CASE: 2:15-cr-5 |

**STIPULATION**

1. By previous order, this matter was set for status regarding Judgment and Sentence on September 3, 2015.

2. By this stipulation, defendants now move to continue the case until October 8, 2015 and set the case for a status regarding Judgment and Sentence on that date.

3. The parties agree and stipulate, and request that the Court find the following: this case has been ordered to be related to cases 2:15-cr-5 and 2:14-cr-152. Case 2:15-cr-5 is a relatively recent indictment, and the defense in that case requires time to consider the discovery and investigate the case.

4. It is not yet appropriate to proceed to judgment and sentencing in this case until the status and posture of the related case can be determined with more detail.

///

///

IT IS SO STIPULATED.

Dated: September 1, 2015  BENJAMIN B. WAGNER
United States Attorney

/s/ MATTHEW G. MORRIS
MATTHEW G. MORRIS
Assistant United States Attorney

Dated: September 1, 2015  /s/ MARK REICHEL (auth by email)
MARK REICHEL
Counsel for Defendant Brian Kaps

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 1st day of September, 2015.

_____
Troy L. Nunley
United States District Judge