BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-153 |
| Plaintiff, | STIPULATION REGARDING CONTINUANCE; ORDER |
| v. | DATE: October 8, 2015 |
| BRIAN M. KAPS, | TIME: 9:30 a.m. |
| | COURT: Hon. Troy L. Nunley |
| Defendant. | RELATED CASE: 2:15-cr-5 |

**STIPULATION**

1. By previous order, this matter was set for status regarding Judgment and Sentence on October 8, 2015.

2. By this stipulation, defendants now move to continue the case until November 5, 2015, and set the case for a status regarding Judgment and Sentence on that date.

3. The parties agree and stipulate, and request that the Court find the following: this case has been ordered to be related to cases 2:15-cr-5 and 2:14-cr-152. Case 2:15-cr-5 is a relatively recent indictment, and the defense in that case requires time to consider the discovery and investigate the case.

4. It is not yet appropriate to proceed to judgment and sentencing in this case until the status and posture of the related case can be determined with more detail. Related case 2:15-cr-5 was recently continued to November 5, 2015, to allow the parties time to prepare.

///

IT IS SO STIPULATED.

Dated:  October 6, 2015                                    BENJAMIN B. WAGNER
                                                                              United States Attorney


                                                                              /s/ MATTHEW G. MORRIS
                                                                              MATTHEW G. MORRIS
                                                                              Assistant United States Attorney


Dated:  October 6, 2015                                    /s/ MARK REICHEL (auth by email)
                                                                              MARK REICHEL
                                                                              Counsel for Defendant Brian Kaps


## FINDINGS AND ORDER

DATE: October 6, 2015

                                                                              Troy L. Nunley
                                                                              United States District Judge