BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>     v.<br><br>BRIAN M. KAPS,<br><br>         Defendant. | CASE NO. 2:14-CR-153<br><br>STIPULATION REGARDING CONTINUANCE; ORDER<br><br>DATE: November 5, 2015<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley<br><br>RELATED CASES: 2:15-cr-5; 2:14-cr-152 |

**STIPULATION**

1. By previous order, this matter was set for status regarding Judgment and Sentence on November 5, 2015.

2. By this stipulation, defendants now move to continue the case until December 10, 2015, and set the case for a status regarding Judgment and Sentence on that date.

3. The Court has previously found that this case is related to two other cases: 2:15-cr-5 and 2:14-cr-152. Case 2:15-cr-5 is a relatively recent indictment, and the government and defense in that case are working toward resolution.

4. It is not yet appropriate to proceed to judgment and sentencing in this case until the status and posture of the related case can be determined with more detail.

///

///

IT IS SO STIPULATED.

Dated:  November 3, 2015              BENJAMIN B. WAGNER
                                      United States Attorney

                                      /s/ MATTHEW G. MORRIS
                                      MATTHEW G. MORRIS
                                      Assistant United States Attorney

Dated:  November 3, 2015              /s/ MARK REICHEL (auth by email)
                                      MARK REICHEL
                                      Counsel for Defendant Brian Kaps

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 3rd day of November, 2015

_____
Troy L. Nunley
United States District Judge