BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br><br>                    v.<br><br>BRIAN M. KAPS,<br><br>                           Defendant. | CASE NO.  2:14-CR-153-TLN<br><br>STIPULATION REGARDING CONTINUANCE; ORDER<br><br>DATE: December 10, 2015<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley<br><br>RELATED CASES: 2:15-cr-5; 2:14-cr-152 |

**STIPULATION**

1.      By previous order, this matter was set for status regarding Judgment and Sentence on December 10, 2015.

2.      By this stipulation, defendants now move to continue the case until January 7, 2016, at 9:30 a.m., and set the case for a status regarding Judgment and Sentence on that date.

3.      The Court has previously found that this case is related to two other cases: 2:15-cr-5 and 2:14-cr-152.  Case 2:15-cr-5 is a relatively recent indictment, and the government and defense in that case are working toward resolution.

4.      It is not yet appropriate to proceed to judgment and sentencing in this case until the status and posture of the related case can be determined with more detail.

///

///

CONTINUANCE OF STATUS REGARDING J&S                    1

1    IT IS SO STIPULATED.

2

Dated:  December 8, 2015                    BENJAMIN B. WAGNER
3                                           United States Attorney

4
                                            /s/ MATTHEW G. MORRIS
5                                           MATTHEW G. MORRIS
                                            Assistant United States Attorney
6

7

8    Dated:  December 8, 2015               /s/ MARK REICHEL (auth by email)
                                            MARK REICHEL
9                                           Counsel for Defendant Brian Kaps

10

11

12

13                          **FINDINGS AND ORDER**

14    IT IS SO FOUND AND ORDERED this 8th day of December, 2015.

15

16

17

18                                          Troy L. Nunley
                                            United States District Judge
19

20

21

22

23

24

25

26

27

28