1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW G. MORRIS
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT
9              EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,              CASE NO.  2:14-CR-153-TLN

12                       Plaintiff,        STIPULATION REGARDING CONTINUANCE;
                                           ORDER
13           v.
                                           DATE: January 28, 2016
14  BRIAN M. KAPS,                         TIME: 9:30 a.m.
                                           COURT: Hon. Troy L. Nunley
15                       Defendant.
                                           RELATED CASES: 2:15-cr-5; 2:14-cr-152
16

17                          **STIPULATION**

18       1.      By previous order, this matter was set for status regarding Judgment and Sentence on

19  January 28, 2016.

20       2.      By this stipulation, defendants now move to continue the case until February 4, 2016, and

21  set the case for a status regarding Judgment and Sentence on that date.

22       3.      The Court has previously found that this case is related to two other cases: 2:15-cr-5 and

23  2:14-cr-152.  Case 2:15-cr-5 is a relatively recent indictment, and the government and defense in that

24  case are working toward resolution.

25       4.      It is not yet appropriate to proceed to judgment and sentencing in this case until the status

26  and posture of the related case can be determined with more detail.

27  ///

28  ///

CONTINUANCE OF STATUS REGARDING J&S              1

1    IT IS SO STIPULATED.

2

Dated:  January 28, 2016                          BENJAMIN B. WAGNER
3                                                 United States Attorney

4

                                                  /s/ MATTHEW G. MORRIS
5                                                 MATTHEW G. MORRIS
                                                  Assistant United States Attorney
6

7

8    Dated:  January 28, 2016                     /s/ MARK REICHEL (auth by email)
                                                  MARK REICHEL
9                                                 Counsel for Defendant Brian Kaps

10

11

12

13                          **FINDINGS AND ORDER**

14       IT IS SO FOUND AND ORDERED this 28th day of January, 2016.

15

16

17

18                                        _____
                                          Troy L. Nunley
                                          United States District Judge
19

20

21

22

23

24

25

26

27

28